CHARLES H. LA FRIEND, Respondent, *v.* THE NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant.

(Argued October 26, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the Superior
Court of Buffalo, entered upon an order made July 14, 1893,
which affirmed a judgment in favor of plaintiff entered upon
a verdict, and also affirmed an order denying a motion for a
new trial.

*James F. Gluck* for appellant.

*John Laughlin* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH, J., not sitting.
Judgment affirmed.